UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ALEXANDRA NAPOLES MONTADA,

Petitioner,

v.

US IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondent.

No. 1:26-cv-05749-DJC-CSK

RELEASE ORDER

A# 022-807-261

Petitioner Jose Alexandra Napoles Montada is a noncitizen detainee proceeding under a Petition for Writ of Habeas Corpus. (Pet. (ECF No. 1). Petitioner is a former lawful permanent resident who lost his status following extremely serious criminal activity. (Opp'n, Ex. 1 (ECF No 5-1) at 8; *see also* Opp'n, Exs. 2–3.) He was taken into Immigration and Customs Control ("ICE") custody on December 31, 2025, and was issued a final removal order on February 18, 2026. (Pet., ¶¶ 6, 13.) Because "repatriation to Petitioner's country of origin, Cuba, is not possible," ICE is pursuing third country removal to Mexico. (Opp'n at 1.) "ICE advises that if Petitioner were to cooperate with his removal to the Third Country of Mexico, based on Petitioner's removal order from the United States, his removal to Mexico can be facilitated within

three to four days of Petitioner's cooperation" even without travel documents. (*Id.* at 2.) However, Petitioner is not cooperating with removal. (*Id.* at 1.)

This case is materially indistinguishable from the Court's prior decisions in *Garcia v. Warden, Cent. Valley Annex*, No. 1:26-cv-04659-DJC-JDP, 2026 WL 2254380, at *1 (E.D. Cal. Aug. 4, 2026), and *Prado v. Warden, California City Immigr. Processing Ctr.*, No. 1:26-cv-04738-DJC-CSK, 2026 WL 2262335, at *2 (E.D. Cal. Aug. 5, 2026), concerning Cuban nationals with final removal orders detained under 8 U.S.C. § 1231 for over six months to effectuate their removal to Mexico despite their non-consent to that removal. The Court resolves the case on the same basis and concludes that Petitioner's removal is not reasonably foreseeable and he is entitled to relief.

**CONCLUSION**

IT IS HEREBY ORDERED that:

1. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Ground One of the Petition.[1]
2. Respondents are ordered to immediately release Jose Alexandra Napoles Montada from their custody under reasonable terms of supervision pursuant to 8 C.F.R. § 241.5.
3. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner without a change in circumstances to warrant Petitioner's re-detention.
4. The Clerk is directed to serve Central Valley Annex Detention Facility with a copy of this Order.

////

////

////

---

[1] In the interests of judicial economy, the Court declines to address the remaining grounds for relief Petitioner has raised.

5. The Clerk of the Court is directed to close this case and enter judgment for Petitioner. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC-10-NapolesMontada-1:26-cv-0574.merits